legedly committed during the trial "create[d] an atmosphere which pervaded the trial which was so prejudicial to the rights of the plaintiff as to deny her a fair trial of the real issues involved."

Accordingly, no reasons exist which would merit any modification of the conclusions reached by the court below.

Judgment affirmed.

---

DISSENTING OPINION BY MR. JUSTICE MUSMANNO:

I would grant a new trial in this case for the following reasons. I believe that the trial judge in his charge, undoubtedly unintentionally, unduly emphasized the case of the defendants; the extended cross-examination of the plaintiff on matters irrelevant to the factual issue may well have prejudiced the jury against the plaintiff; it was error for the court not to permit plaintiff's doctor to testify from x-ray pictures which he had made.

## Haywood Appeal.

Argued May 3, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*George W. Shields*, for appellant.

*Silvestri Silvestri,* for appellee.

OPINION PER CURIAM, May 7, 1962:

The action of the lower court is affirmed, each party to bear own costs.

Ballinger *v.* Howell Manufacturing Company, Appellant.